AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# United States District Court
for the
## Eastern District of Missouri

United States of America
v.
MATTHEW COX

Case No: 4:97CR274 CEJ
USM No: 26816-044

Date of Previous Judgment: January 16, 1998
(Use Date of Last Amended Judgment if Applicable)

William Margulis
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 360 months is reduced to 324 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 42
Criminal History Category: II
Previous Guideline Range: 360 to life months

Amended Offense Level: 40
Criminal History Category: II
Amended Guideline Range: 324 to 405 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 1/16/98 shall remain in effect.

**IT IS SO ORDERED**

Order Date: December 29, 2009

[signature]
Judge's Signature

Effective Date: December 29, 2009
(if different from order date)

Carol E. Jackson, U.S. District Judge
Printed Name and title